IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3132 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ALBERTO GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Alberto Gonzalez' appointed counsel, Adam J. Sipple, has moved for leave to withdraw due to a conflict of interest. (Filing No. 36). Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Adam J. Sipple, (filing no. 36), is granted. Mr. Sipple shall promptly serve defendant with a copy of this order. The Clerk is directed to remove Mr. Sipple from all future ECF notifications in this case.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

3) Upon appointment, new defense counsel shall promptly enter his or her appearance.

DATED this 21st day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge