IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3132 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALBERTO GONZALEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 238) is denied.

Dated November 13, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge