IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3132 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALBERTO GONZALEZ, | ) | |
| Defendant. | ) | |

I have received another inquiry in a series of inquiries from Mr. Gonzalez. First, there is no pending Rule 35 motion of which I am aware of. Second, whether the defendant is eligible for relief under Amendment 782 is currently under consideration by the Probation Office, the government and the Federal Public Defender.

IT IS ORDERED that:

(1) The Clerk shall file the defendant's letter as a motion.

(2) Treating the letter as a motion, it is denied.

(3) A copy of filing 230 shall be mailed to the defendant at his last known address.

Dated January 20, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge